IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-928 (LPS) |
| | ) | |
| ROKU, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT ROKU, INC.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Roku, Inc. ("Roku") moves for judgment on the pleadings dismissing each and every claim of Plaintiff Blue Spike, LLC's Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Roku's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Andrew Thomases
Carolyn L. Redding
ROPES & GRAY LLP
1900 University Avenue, Sixth Floor
East Palo Alto, CA 94303
(650) 617-4000

Michael Gershoni
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
(202) 508-4600

January 24, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 24, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Randall T. Garteiser, Esquire<br>Christopher A. Honea, Esquire<br>Kirk J. Anderson, Esquire<br>GARTEISER HONEA, P.C.<br>119 West Ferguson Street<br>Tyler, TX  75702<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)